## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

MARTIN J. WALSH )
SECRETARY OF LABOR )
UNITED STATES DEPARTMENT OF LABOR, )
  )
    Plaintiff )
  ) Case Number:
v. )
  )
SPECIAL K RANCH, INC., )
  )
    Defendant. )

### Exhibit A

### List of Subminimum Wage Employees

1.      Bret Beavens

2.      Brice Sheridan

3.      Dallas Eide

4.      Angela Beadle

5.      Billie Jean Nelson

6.      Robin Willems

7.      Kiele Guthridge

8.      Ariel Freyenhagen

9.      Alan LaSeur

10.     Cassidy Holmquist

11.       Robert Larsen

12.       Benjamin Lindenbaum

13.       Benjamin Cheshire

14.       Michael Himes

15.       Jeremy Litton

16.       Rachael Scheidler

17.       Justin Scheidler

18.       Stephanie Morelli

19.       Paul LaVeau

20.       Bryan Fortin

21.       Laurie Bogrett

22.       Deborah Hadlock

23.       Rodney Cochran

24.       Stephanie Lalim

25.       Greg Wennemar

26.       Eric Lathrop

27.       James Little-Soldier

28.       Morgan Bailey

29.       Andrew Hedstrom

30.       Cindi Gordon

31.    Benjamin Johnson

32.    Alex Klee

33.    Catherine Aexel

34.    John Lockie

35.    Stephanie Haworth